FILED
HARRISBURG, PA

SEP 25 2024

PER _____ /s/ _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CR. NO. 1:24-CR-260 |
|---|---|---|
| v. | : | |
| | : | (Judge Mehalchick) |
| NATHANIEL SEAN DELEON, | : | |
| Defendant. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 2252(a)(2)
(Distribution of Child Pornography)

On or about November 24, 2023, in Cumberland County, within the Middle District of Pennsylvania, the defendant,

**NATHANIEL SEAN DELEON,**

did knowingly distribute one or more matters that contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer or cell phone, and the production of the received visual depiction involved the use of a minor (Minor Victim 1) engaging in sexually explicit conduct, and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 2252(a)(2)
(Distribution of Child Pornography)

On or about November 25, 2023, in Cumberland County, within the Middle District of Pennsylvania, the defendant,

**NATHANIEL SEAN DELEON,**

did knowingly distribute one or more matters that contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer or cell phone, and the production of the received visual depiction involved the use of a minor (Minor Victim 1) engaging in sexually explicit conduct, and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

A TRUE BILL

GERARD M. KARAM
United States Attorney

FO̶R̶E̶P̶E̶R̶S̶O̶N̶

_[signature]_

DAVID C. WILLIAMS
Assistant United States Attorney

Sept. 25, 2024

Date